The Hon. Jamal N Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY KNOWN AS 531 6TH AVENUE, FOX ISLAND, WASHINGTON 98333, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS, THERETO AND THEREUPON,<br><br>Defendant. | CASE NO. CV24-1510-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY CIVIL FORFEITURE PROCEEDING** |

THIS MATTER having come before the Court on the motion of the United States and claimant John Winslow to stay this proceeding pending resolution of a related criminal matter pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), and said motion unopposed by Claimant Nationstar Mortgage LLC d/b/a Mr. Cooper, and the Court having considered the matter and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion to stay this proceeding pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2) is GRANTED, and this matter is hereby stayed

Order Granting Stipulated Motion to Stay - 1
*United States v. Real Property at 531 6th Avenue, et al.*, CR24-1510-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

pending resolution of the related criminal prosecution of Claimant John Winslow at the trial court level, or until further order of the Court.

IT IS FURTHER ORDERED that the time for Claimant to file an Answer or other responsive pleading to the Complaint pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture is tolled from the date of the filing of the motion for stay through the date of the entry of this Order.

IT IS FURTHER ORDERED that either party may request a lifting of the stay at any time pursuant to a written motion; and

IT IS FURTHER ORDERED that in the event that the related criminal case has not been resolved, the parties shall file a status report within six months from the entry of this Order.

DATED this 29th day of October, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

 s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov
*Counsel for the United States*

Order Granting Stipulated Motion to Stay - 2
*United States v. Real Property at 531 6th Avenue, et al.*, CR24-1510-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2  *s/ Heather Carroll*
   HEATHER CARROLL
3  Assistant Federal Defender
   Federal Public Defender
4  1331 Broadway, Suite 400
   Tacoma, Washington 98402
5  Phone: (253) 593-6710
6  Fax: (253) 593-6714
   Heather_Carroll@fd.org
7
8
...
27

Order Granting Stipulated Motion to Stay - 3
*United States v. Real Property at 531 6th Avenue, et al.*, CR24-1510-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970