The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY KNOWN AS 531 6TH AVENUE, FOX ISLAND, WASHINGTON 98333, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS, THERETO AND THEREUPON,<br><br>Defendant. | NO.  CV24-1510-JNW<br><br>**ORDER GRANTING JOINT MOTION TO LIFT STAY** |

THIS MATTER comes before the Court as a Joint Motion to Lift Stay (the "Joint Motion"), by Plaintiff United States of America, claimant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), potential claimant John Winslow, and potential claimant Edward D. Jones & Company L.P. ("Edward D. Jones"). On October 29, 2024, this Court ordered this civil forfeiture action stayed, pursuant to 18 U.S.C. §§ 981(g)(1) and 982(g)(2), due to a related criminal investigation.

On May 12, 2026, Mr. Winslow was sentenced in the related criminal matter, *i.e.*, *United States v. John S. Winslow*, CR25-5078-TMC, Dkt. No. 90. For this reason, the

Order Granting Joint Motion to Lift Stay - 1
*United States v. Real Property at 531 6TH Avenue, Fox Island, WA.*

parties have advised the Court that they believe it would be appropriate to lift the stay in the above-captioned matter.

The Court takes notice that, consistent with Mr. Winslow's Plea Agreement in the related criminal case (*see* CR25-5078-TMC, Dkt. No. 76 ¶ 13), and as represented in the Joint Motion, Mr. Winslow will not file a claim or answer in this matter, and he will not contest the forfeiture of the above-captioned Defendant Real Property.

The Court, having considered the Joint Motion, and being fully advised in the matter, finds that it is appropriate to lift the stay at this time. Therefore, it is hereby ORDERED that the Joint Motion is GRANTED, and the stay is LIFTED.

Nationstar has already filed its claim in this matter. *See* Dkt. No. 9. Pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture (the "Supplemental Rules"), a claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim. Accordingly, it is further ORDERED that Nationstar has 21 days from the date of this Order to file its answer.

Pursuant to Supplemental Rule G(4)(b)(i) and G(5)(a)(ii), a claim much be filed no later than 35 days after direct notice is sent. Accordingly, it is further ORDERED that Edward D. Jones' 35-day period to file its answer will begin to run upon the Court's lifting of the stay.

//

//

Order Granting Joint Motion to Lift Stay - 2
*United States v. Real Property at 531 6TH Avenue, Fox Island, WA.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further ORDERED that the United States shall provide direct notice of this Order, addressed to "Residents" at the Defendant Real Property. The direct notice shall advise its recipients that they have 35 days from the date of this Order in which to file a claim.

DATED this 13th day of July, 2026.

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov


TROUTMAN PEPPER LOCKE LLP

 s/ Kate M. Geyer
KATE M. GEYER
THOMAS N. ABBOTT
100 SW Main Street, Suite 1000
Portland, OR 97204
Phone: (470) 832-5588
Fax: (503) 290-2405
Kate.Geyer@troutman.com

//

Order Granting Joint Motion to Lift Stay - 3
*United States v. Real Property at 531 6TH Avenue, Fox Island, WA.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

MCDOUGALD LAW GROUP P.S.


 s/ Shannon McDougald
SHANNON MCDOUGALD
7900 SE 28th Street, Suite 500
Mercer Island, WA 98040
Phone: (425) 455-2060
Fax: (425) 455-2070
SMcDougald@mcdougaldlaw.com
*Counsel of record for Creditor*
*Edward D. Jones & Company, L.P.*


 s/ Heather Carroll
HEATHER L. CARROLL
Federal Public Defender's Office (Tacoma)
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710
Heather_Carroll@fd.org
*Attorney for John S. Winslow*

Order Granting Joint Motion to Lift Stay - 4
*United States v. Real Property at 531 6TH Avenue, Fox Island, WA.*